IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vickers, Anthony A

Printed: 5/6/08

Case Number: 07 B 15148
Judge: Goldgar, A. Benjamin
Filed: 8/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 25, 2008
Confirmed: October 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,900.00 |  |
| Secured: |  | 797.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,000.00 |
| Trustee Fee: |  | 102.60 |
| Other Funds: |  | 0.00 |
| Totals: | 1,900.00 | 1,900.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 1,000.00 | 1,000.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | American Honda Finance Corporation | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 30,028.53 | 797.40 |
| 6. | Illinois Dept of Revenue | Priority | 187.95 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 417.55 | 0.00 |
| 8. | Trinity Christian College | Unsecured | 2,133.44 | 0.00 |
| 9. | Deborah Beaty, DDS | Unsecured | 181.20 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 559.82 | 0.00 |
| 11. | American Express | Unsecured | 4,295.01 | 0.00 |
| 12. | Allied Interstate, Inc | Unsecured |  | No Claim Filed |
| 13. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 14. | Asset Management Out | Unsecured |  | No Claim Filed |
| 15. | Citibank | Unsecured |  | No Claim Filed |
| 16. | Citibank | Unsecured |  | No Claim Filed |
| 17. | Citibank | Unsecured |  | No Claim Filed |
| 18. | Citibank | Unsecured |  | No Claim Filed |
| 19. | MRSI | Unsecured |  | No Claim Filed |
| 20. | MRSI | Unsecured |  | No Claim Filed |
| 21. | MRSI | Unsecured |  | No Claim Filed |
|  |  |  | $ 38,803.50 | $ 1,797.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Vickers, Anthony A | Case Number:  07 B 15148 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/6/08 | Filed:  8/21/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 102.60 |
| | _____ |
| | $ 102.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

